IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAWAL ETTAH

**Plaintiff**

V.  Civil action No 24-1788

VBIT MINING LLC et al

**Defendant(s)**

## MOTION TO OPEN JUDGMENT

I would like to plea to the court that the plaintiff was not in the country for a time period, the plaintiff was responding to family obligations outside the country and the plaintiff was out of the country at the time period.

Unavailability and the family distress has created the circumstance for lack of knowledge and unavailability within the country to plea for the judgment within the time.

Plaintiff's plea to the court to reverse the dismissal and allow room for justice in favor of the plaintiff. Rule 59(b)(1)(6)(e)of the Federal Rules.

Lawal Ettah

10/18/2024